In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Rehabilitate the NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of All Holders of Mortgage Investments Represented by Series N-106 Guaranteed First Mortgage Certificates Issued by NEW YORK TITLE AND MORTGAGE COMPANY (381-3 Park Avenue). In the Matter of the Application of THE NEW YORK TRUST COMPANY, etc., as Trustee, etc., Petitioner, Appellant, for Permission to Sue LOUIS H. PINK, as Superintendent of Insurance, etc., as Liquidator, etc., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [163 Misc. 318.]

FOREIGN & DOMESTIC MUSIC CORPORATION and SAMUEL CUMMINS, Appellants, v. SOCIETA ANONIMA MUSICALE BIXIO and Another, Respondents, Impleaded with Another, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of CHARLES F. SERGEANT, Petitioner, Appellant, against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MAISON CARREE BEAUTY PREPARATIONS, INC., and SAMUEL TINSKY, Respondents, v. CHARLES OF THE RITZ, INC. (a New York Corporation), CHARLES OF THE RITZ, INC. (a Delaware Corporation), and CHARLES OF THE RITZ DISTRIBUTORS CORP., Appellants, Impleaded with Others, Defendants. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of EDWARD F. TORMEY and Others, Petitioners, Appellants, for an Order against FIORELLO H. LAGUARDIA and Others, Respondents. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Untermyer and Dore, JJ., dissent and vote to reverse and grant the motion.

CARLL SMITH CHACE, Appellant, v. ELEANOR UPTON CHACE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to reverse and deny the motion.

CHILDS COMPANY, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor Trustee, etc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ELLISBY GARAGE, INC., Respondent, v. DRYDOCK & CORLEARS PARK PROPERTIES, INC., and Others, Defendants, Impleaded with DANIELS & KENNEDY, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars